IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01549-RTG

DONALD WRAY,

     Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY - ICE,

     Respondent.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE
## AND DRAWING CASE

---

This matter is before the Court on the Petitioner's Response to the Order to Show Cause filed by counsel and counsel's entry of appearance. (ECF Nos. 16, 17). Based on counsel's Response (ECF No. 17), the Order to Show Cause (ECF No. 15) is hereby discharged.

Additionally, because Petitioner is now represented by counsel, the Court finds that this matter is not appropriate for initial review. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. See D.C.COLO.LCivR 8.1(c).

Accordingly, it is

ORDERED that this case be drawn to a presiding judge and, if applicable, to a magistrate judge. It is

FURTHER ORDERED that the Order to Show Cause (ECF No. 15) is DISCHARGED. It is

FURTHER ORDERED that since Petitioner paid the filing fee, the Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF Nos. 2, 5) are DENIED AS MOOT. It is

FURTHER ORDERED that since Petitioner is represented by counsel, the request for appointment of counsel (ECF No. 7) is DENIED AS MOOT.

DATED June 15, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge